UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
SOSZKO, CHRISTOPHER                           §   Case No. 10-50827
SOSZKO, SHERRY LEE                            §
                                              §
                                              §
_____Debtor(s)_____§_____

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                       .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH R. VOILAND_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-50827 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | Date Filed (f) or Converted (c): | 11/15/10 (f) |
| | SOSZKO, SHERRY LEE | 341(a) Meeting Date: | 12/27/10 |
| For Period Ending: 04/29/12 | | Claims Bar Date: | 06/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 3009 Seekonk Avenue, Elgin, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Cash | 40.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking account - JP Morgan Chase | 75.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Savings account - JP Morgan Chase Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Checking account - Old Second | 10.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Misc. books and CD's | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Term life insurance - MetLife Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. In heritance from the Estate of Zygmunt Soszko S | Unknown | Unknown | DA | 200,000.00 | 0.00 |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 2009 Dodge Challenger | 19,400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 2006 Jeep Commander with 56,000 miles | 13,200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. 1991 Ford Escort with 75,000 miles | 1,575.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 10-50827 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Date Filed (f) or Converted (c): | 11/15/10 (f) |
| | SOSZKO, SHERRY LEE | | 341(a) Meeting Date: | 12/27/10 |
| | | | Claims Bar Date: | 06/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.56 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $285,100.00 | $0.00 | $200,009.56 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12    Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-50827 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Bank Name: | The Bank of New York Mellon |
| | SOSZKO, SHERRY LEE | | Account Number / CD #: | *******6165 Money Market Account |
| Taxpayer ID No: | *******0780 | | | |
| For Period Ending: | 04/29/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | 10 | Castle Bank | proceeds from purchase of stock and real estate Replicated from deposit #100001-1 DEPOSIT CHECK #7957 | 1129-000 | 25,000.00 | | 25,000.00 |
| 07/12/11 | 10 | Castle Bank | proceeds from purchase of stock and real estate DEPOSIT CHECK #505969 | 1129-000 | 175,000.00 | | 200,000.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.93 | | 200,000.93 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.69 | | 200,002.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 465.76 | 199,536.86 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -397.27 | 199,934.13 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.64 | | 199,935.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 410.61 | 199,525.16 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.69 | | 199,526.85 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 396.32 | 199,130.53 |
| 11/08/11 | 001001 | County Court Reporters, Inc. County View Center 600 South County Farm Road Wheaton, IL 60187 | payment of court reporter fees | 3992-000 | | 95.00 | 199,035.53 |
| 11/16/11 | 001002 | Christopher Soszko and Sherry Lee Soszko 120 Red Rose Drive Saint Charles, IL 60175 | interim distribution - surplus estate | 8200-002 | | 50,000.00 | 149,035.53 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.52 | | 149,037.05 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 412.42 | 148,624.63 |
| 12/01/11 | 001003 | Juergensmeyer & Associates | payment of attorney fees and expenses per Court order of 11/10/2011 | 3701-000 | | 9,673.85 | 138,950.78 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.19 | | 138,951.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 291.47 | 138,660.50 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.90 | | 138,661.40 |
| 01/25/12 | | Transfer to Acct #*******4497 | Bank Funds Transfer | 9999-000 | | 138,661.40 | 0.00 |

Page Subtotals 200,009.56 200,009.56

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-50827 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Bank Name: | The Bank of New York Mellon |
| | SOSZKO, SHERRY LEE | | Account Number / CD #: | *******6165  Money Market Account |
| Taxpayer ID No: | *******0780 | | | |
| For Period Ending: | 04/29/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 200,009.56 | 200,009.56 | 0.00 |
| | | Less: Bank Transfers/CD's | | | 0.00 | 138,661.40 | |
| | | Subtotal | | | 200,009.56 | 61,348.16 | |
| | | Less: Payments to Debtors | | | | 50,000.00 | |
| | | Net | | | 200,009.56 | 11,348.16 | |

Page Subtotals         0.00         0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-50827 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Bank Name: | Congressional Bank |
| | SOSZKO, SHERRY LEE | | Account Number / CD #: | *******4497 Checking Account |
| Taxpayer ID No: | *******0780 | | | |
| For Period Ending: | 04/29/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6165 | Bank Funds Transfer | 9999-000 | 138,661.40 | | 138,661.40 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 138,661.40 | 0.00 | 138,661.40 |
| Less: Bank Transfers/CD's | 138,661.40 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6165 | 200,009.56 | 11,348.16 | 0.00 |
| Checking Account - ********4497 | 0.00 | 0.00 | 138,661.40 |
| | 200,009.56 | 11,348.16 | 138,661.40 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       138,661.40       0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.05c

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 29, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-50827  
Debtor Name: SOSZKO, CHRISTOPHER  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>3110-00 | Joseph R. Voiland | Administrative | | $5,870.50 | $0.00 | $5,870.50 |
| 1<br>610<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Unsecured | | $497.79 | $0.00 | $497.79 |
| 1I<br>640<br>7990-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Unsecured | | $1.54 | $0.00 | $1.54 |
| 2<br>610<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Unsecured | | $710.54 | $0.00 | $710.54 |
| 2I<br>640<br>7990-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Unsecured | | $2.21 | $0.00 | $2.21 |
| 3<br>610<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $6,622.46 | $0.00 | $6,622.46 |
| 3I<br>640<br>7990-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $20.55 | $0.00 | $20.55 |
| 4<br>610<br>7100-00 | American InfoSource LP as agent for Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Unsecured | | $3,062.33 | $0.00 | $3,062.33 |
| 4I<br>640<br>7990-00 | American InfoSource LP as agent for Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Unsecured | | $9.50 | $0.00 | $9.50 |
| 5<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $670.15 | $0.00 | $670.15 |
| 5I<br>640<br>7990-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $2.08 | $0.00 | $2.08 |

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: April 29, 2012 |

Case Number:  10-50827
Debtor Name:  SOSZKO, CHRISTOPHER

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $4,806.49 | $0.00 | $4,806.49 |
| 6I<br>640<br>7990-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $14.92 | $0.00 | $14.92 |
| 7<br>610<br>7100-00 | John E. Juergensmeyer<br>d/b/a Juergensmeyer & Associates<br>1275 Davis Road, Suite 131<br>Elgin, IL  60123 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 8<br>610<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Beneficial<br>POB 41067<br>Norfolk, VA  23541 | Unsecured | | $13,949.48 | $0.00 | $13,949.48 |
| 8I<br>640<br>7990-00 | Portfolio Recovery Associates, LLC<br>c/o Beneficial<br>POB 41067<br>Norfolk, VA  23541 | Unsecured | | $43.29 | $0.00 | $43.29 |
| 9<br>610<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Unsecured | | $422.07 | $0.00 | $422.07 |
| 9I<br>640<br>7990-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Unsecured | | $1.31 | $0.00 | $1.31 |
| 10<br>610<br>7100-00 | Lakeside Screw Products<br>1395 W. Jeffrey Dr.<br>Addison, IL  60101-4331 | Unsecured | | $16,607.42 | $0.00 | $16,607.42 |
| 10I<br>640<br>7990-00 | Lakeside Screw Products<br>1395 W. Jeffrey Dr.<br>Addison, IL  60101-4331 | Unsecured | | $51.54 | $0.00 | $51.54 |
| 11<br>610<br>7100-00 | Estste of Zygmunt Soszko, Sr<br>Exector<br>2760 Beverly Dr<br>Aurora, IL  60502 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 12<br>630<br>5200-00 | BENEFICIAL FINANCIAL I INC.<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | Unsecured | | $0.00 | $0.00 | $0.00 |
| SURPLUS<br>650<br>8200-00 | SOSZKO, CHRISTOPHER<br>120 RED ROSE DRIVE<br>SAINT CHARLES, IL  60175 | Unsecured | | $128,318.65 | $50,000.00 | $78,318.65 |

| Page 3 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 29, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-50827    Claim Class Sequence
Debtor Name: SOSZKO, CHRISTOPHER

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $181,684.82 | $50,000.00 | $131,684.82 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                    Exhibit D

Case No.: 10-50827
Case Name: SOSZKO, CHRISTOPHER
              SOSZKO, SHERRY LEE
Trustee Name: JOSEPH R. VOILAND

    Balance on hand                                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: Joseph R. Voiland | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ | $ | $ |
| 2 | American InfoSource LP as agent for | $ | $ | $ |
| 3 | Discover Bank | $ | $ | $ |
| 4 | American InfoSource LP as agent for | $ | $ | $ |
| 5 | Chase Bank USA, N.A. | $ | $ | $ |
| 6 | Chase Bank USA, N.A. | $ | $ | $ |
| 7 | John E. Juergensmeyer | $ | $ | $ |
| 8 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 9 | GE Money Bank | $ | $ | $ |
| 10 | Lakeside Screw Products | $ | $ | $ |
| 11 | Estste of Zygmunt Soszko, Sr | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | BENEFICIAL FINANCIAL I INC. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance                                         $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $          .