UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                     §
                                           §
SOSZKO, CHRISTOPHER                        §        Case No. 10-50827
SOSZKO, SHERRY LEE                         §
                                           §
                                           §
            Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/28/2012 in Courtroom 250,
                     United States Courthouse
                     c/o Kane County Courthouse
                     100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2012                     By: Kenneth S. Gardner
                                                                  Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
SOSZKO, CHRISTOPHER  §   Case No. 10-50827
SOSZKO, SHERRY LEE  §
        §
       Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 200,009.56 |
| and approved disbursements of | $ | 61,348.16 |
| leaving a balance on hand of[1] | $ | 138,661.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 6,849.95 | $ 0.00 | $ 6,849.95 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 431.52 | $ 0.00 | $ 431.52 |
| Attorney for Trustee Fees: Joseph R. Voiland | $ 5,870.50 | $ 0.00 | $ 5,870.50 |

Total to be paid for chapter 7 administrative expenses     $     13,151.97
Remaining Balance                                          $    125,509.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,348.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 497.79 | $ 0.00 | $ 497.79 |
| 2 | American InfoSource LP as agent for | $ 710.54 | $ 0.00 | $ 710.54 |
| 3 | Discover Bank | $ 6,622.46 | $ 0.00 | $ 6,622.46 |
| 4 | American InfoSource LP as agent for | $ 3,062.33 | $ 0.00 | $ 3,062.33 |
| 5 | Chase Bank USA, N.A. | $ 670.15 | $ 0.00 | $ 670.15 |
| 6 | Chase Bank USA, N.A. | $ 4,806.49 | $ 0.00 | $ 4,806.49 |
| 7 | John E. Juergensmeyer | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Portfolio Recovery Associates, LLC | $ 13,949.48 | $ 0.00 | $ 13,949.48 |
| 9 | GE Money Bank | $ 422.07 | $ 0.00 | $ 422.07 |
| 10 | Lakeside Screw Products | $ 16,607.42 | $ 0.00 | $ 16,607.42 |
| 11 | Estste of Zygmunt Soszko, Sr | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors            $            47,348.73

Remaining Balance                                                 $            78,160.70

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | BENEFICIAL FINANCIAL I INC. | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors             $                 0.00

Remaining Balance                                                 $            78,160.70

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 78,013.76 .

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-50827-MB
Christopher Soszko                                                      Chapter 7
Sherry Lee Soszko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales             Page 1 of 3                    Date Rcvd: May 21, 2012
                              Form ID: pdf006             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2012.
```
db/jdb       +Christopher Soszko,    Sherry Lee Soszko,    120 Red Rose Drive,    Saint Charles, IL 60175-4603
16419588     +Affiliated Radiologists SC,    Dept. 4104,    Carol Stream, IL 60122-0001
18367761     +BENEFICIAL FINANCIAL I INC.,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
16419589     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16419590     +Beneficial/HFC,    PO Box 5263,    Carol Stream, IL 60197-5263
16419592     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
17077350      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16419593     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16419594     +City of Elgin,    Dept. of Water,    150 Dexter Ct.,    Elgin, IL 60120-5527
17430380     +Estste of Zygmunt Soszko, Sr,    Exector,    2760 Beverly Dr,    Aurora, IL 60502-8567
16419598     +Hfc - Usa,    Po Box 3425,    Buffalo, NY 14240-3425
16419600     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16419599     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16419601     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
17394120     +John E. Juergensmeyer,    d/b/a Juergensmeyer & Associates,    1275 Davis Road, Suite 131,
               Elgin, IL 60123-1304
16419602     +Juergensmeyer & Associates,    1275 Davis Road, Suite 131,    Elgin, IL 60123-1304
16419603     +Kane County Treasurer,    719 Batavia Avenue, Bldg. A,    Geneva, IL 60134-3079
16419604      Lakeside Screw Products,    1395 W. Jeffrey Dr.,    Addison, IL 60101-4331
16419606     +MQC Collection Services,    PO Box 140700,    Toledo, OH 43614-0700
16419605     +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
17413139    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Beneficial,   POB 41067,
               Norfolk VA 23541)
16419608     +Providence of Elgin HOA,    1908 Wright Blvd,    Schaumburg, IL 60193-4587
16419609     +Rush University Medical Center,    1700 W VanBuren Street, Ste 161 TOB,     Chicago, IL 60612-3228
16419610     +Superior Ait Ground Amb Serv,    PO Box 1407,    Elmhurst, IL 60126-8407
16419611     +Target,    Po Box 59317,    Minneapolis, MN 55459-0317
16419612     +Thd/cbsd,    Citibank USA/Attn: Centralized Bankruptc,     P.O. Box 20363,
               Kansas City, MO 64195-0363
16419613     +Trugreen,    840 Commerce Parkway,    Carpentersville, IL 60110-1721
16419614     +University Pathologists,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
16419615     +Veolia Environmental Services,    1660 Hubbard Avenue, 1st Floor,     Batavia, IL 60510-1571
16419617    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wfs Financial,    Po Box 19657,    Irvine, CA 92623)
16419616     +Wffinancial,    Po Box 7648,    Boise, ID 83707-1648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17029769      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2012 04:09:33
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16999609      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2012 04:09:33
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17542495      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2012 04:09:33
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16419591     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2012 04:09:33          Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16419595     +E-mail/Text: legalcollections@comed.com May 22 2012 01:25:10         ComEd,
               System Credit/Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
16999779      E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2012 02:21:01         Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16419596     +E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2012 02:21:01         Discover Fin,
               Attention: Bankruptcy Department,    Po Box 6103,    Carol Stream, IL 60197-6103
17416820      E-mail/PDF: rmscedi@recoverycorp.com May 22 2012 02:24:03          GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16419597     +E-mail/PDF: gecsedi@recoverycorp.com May 22 2012 02:24:00          Gemb/ikea,    Po Box 981400,
               El Paso, TX 79998-1400
16419607     +E-mail/Text: bankrup@nicor.com May 22 2012 01:21:52         Nicor Gas,
               Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                               TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18367798*    +BENEFICIAL FINANCIAL I INC.,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ccabrales          Page 2 of 3          Date Rcvd: May 21, 2012
                              Form ID: pdf006          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2012**                **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: ccabrales           Page 3 of 3                  Date Rcvd: May 21, 2012
                              Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2012 at the address(es) listed below:

        John E Juergensmeyer    on behalf of Debtor Christopher Soszko juerlaw@sbcglobal.net
        Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
        Joseph R Voiland    on behalf of Trustee Joseph Voiland jrvoiland@sbcglobal.net
        Kenneth B Drost    on behalf of Creditor  Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. kdrost@kbdpc.com, rsmith@kbdpc.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard G Larsen    on behalf of Creditor  Estate of Zygmunt Soszko, Sr. rglarsen@mrmlaw.com
        Terri M Long    on behalf of Creditor  Wells Fargo Auto Finance Courts@tmlong.com
        TOTAL: 7