IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
CHRISTOPHER SOSZKO and ) BANKRUPTCY NO. 10 B 50827
SHERRY LEE SOSZKO, )
)
Debtor )

## ORDER

THIS MATTER coming on before the court for hearing on Trustee's Final Report, the Trustee having represented to the court that included in assets of the estate is an inheritance which the Debtor, Christopher Soszko is entitled to receive from the estate of Zygmunt Soszko; that said asset has only been partially administered by the Trustee due to the fact that this is a surplus estate; and the Trustee representing to the court that there is substantial value in the bankruptcy estate's remaining inheritance interest; and the court being fully advised in the premises;

IT IS SO ORDERED that the bankruptcy estate's remaining interest in the inheritance Christopher Soszko is to receive from the estate of Zygmunt Soszko is abandoned to the Debtor, Christopher Soszko and that all remaining assets and claims that the bankruptcy estate has and/or may have in the pending probate proceeding shall now revest in the Debtor, Christopher Soszko.

DATED: 6.28.12       ENTER: _____
                                BANKRUPTCY JUDGE