# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| SOSZKO, CHRISTOPHER § | Case No. 10-50827 |
| SOSZKO, SHERRY LEE § | |
| § | |
| Debtor(s) § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND_____
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher Soszko and Sherry Lee Soszko |  |  |  |
| SOSZKO, CHRISTOPHER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Juergensmeyer & Associates | | | | | |
| County Court Reporters, Inc. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 5 | CHASE BANK USA, N.A. | | | | | |
| 6 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DISCOVER BANK | | | | | |
| 11 | ESTSTE OF ZYGMUNT SOSZKO, SR | | | | | |
| 9 | GE MONEY BANK | | | | | |
| 7 | JOHN E. JUERGENSMEYER | | | | | |
| 10 | LAKESIDE SCREW PRODUCTS | | | | | |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 12 | BENEFICIAL FINANCIAL I INC. | | | | | |
| 1I | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 2I | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 4I | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 5I | CHASE BANK USA, N.A. | | | | | |
| 6I | CHASE BANK USA, N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| 3I | DISCOVER BANK | | | | | |
| | DISCOVER BANK | | | | | |
| 9I | GE MONEY BANK | | | | | |
| | GE MONEY BANK | | | | | |
| 10I | LAKESIDE SCREW PRODUCTS | | | | | |
| | LAKESIDE SCREW PRODUCTS | | | | | |
| 8I | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 10-50827 RG Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: SOSZKO, CHRISTOPHER | Date Filed (f) or Converted (c): 11/15/10 (f) |
| SOSZKO, SHERRY LEE | 341(a) Meeting Date: 12/27/10 |
| For Period Ending: 08/20/12 | Claims Bar Date: 06/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 3009 Seekonk Avenue, Elgin, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Cash | 40.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking account - JP Morgan Chase | 75.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Savings account - JP Morgan Chase Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Checking account - Old Second | 10.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Misc. books and CD's | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Term life insurance - MetLife Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. In heritance from the Estate of Zygmunt Soszko S | Unknown | Unknown | DA | 200,000.00 | 0.00 |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 2009 Dodge Challenger | 19,400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 2006 Jeep Commander with 56,000 miles | 13,200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. 1991 Ford Escort with 75,000 miles | 1,575.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-50827 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | | Date Filed (f) or Converted (c): | 11/15/10 (f) |
| | SOSZKO, SHERRY LEE | | | 341(a) Meeting Date: | 12/27/10 |
| | | | | Claims Bar Date: | 06/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.56 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $285,100.00 | $0.00 | | $200,009.56 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 06/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.05c

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-50827 -RG | |
| Case Name: | SOSZKO, CHRISTOPHER | |
| | SOSZKO, SHERRY LEE | |
| Taxpayer ID No: | *******0780 | |
| For Period Ending: | 08/20/12 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******6165  Money Market Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | 10 | Castle Bank | proceeds from purchase of stock and real estate Replicated from deposit #100001-1 DEPOSIT CHECK #7957 | 1129-000 | 25,000.00 | | 25,000.00 |
| 07/12/11 | 10 | Castle Bank | proceeds from purchase of stock and real estate DEPOSIT CHECK #505969 | 1129-000 | 175,000.00 | | 200,000.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.93 | | 200,000.93 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.69 | | 200,002.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 465.76 | 199,536.86 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -397.27 | 199,934.13 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.64 | | 199,935.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 410.61 | 199,525.16 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.69 | | 199,526.85 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 396.32 | 199,130.53 |
| 11/08/11 | 001001 | County Court Reporters, Inc. County View Center 600 South County Farm Road Wheaton, IL  60187 | payment of court reporter fees | 3992-000 | | 95.00 | 199,035.53 |
| 11/16/11 | 001002 | Christopher Soszko and Sherry Lee Soszko 120 Red Rose Drive Saint Charles, IL  60175 | interim distribution - surplus estate | 8200-002 | | 50,000.00 | 149,035.53 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.52 | | 149,037.05 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 412.42 | 148,624.63 |
| 12/01/11 | 001003 | Juergensmeyer & Associates | payment of attorney fees and expenses per Court order of 11/10/2011 | 3701-000 | | 9,673.85 | 138,950.78 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.19 | | 138,951.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 291.47 | 138,660.50 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.90 | | 138,661.40 |
| 01/25/12 | | Transfer to Acct #*******4497 | Bank Funds Transfer | 9999-000 | | 138,661.40 | 0.00 |

Page Subtotals   200,009.56   200,009.56

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50827 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Bank Name: | The Bank of New York Mellon |
| | SOSZKO, SHERRY LEE | | Account Number / CD #: | *******6165 Money Market Account |
| Taxpayer ID No: | *******0780 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 200,009.56 | 200,009.56 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 138,661.40 | |
| | | | Subtotal | | 200,009.56 | 61,348.16 | |
| | | | Less: Payments to Debtors | | | 50,000.00 | |
| | | | Net | | 200,009.56 | 11,348.16 | |

| | | | Page Subtotals | | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|---|

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-50827 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Bank Name: | Congressional Bank |
| | SOSZKO, SHERRY LEE | | Account Number / CD #: | *******4497  Checking Account |
| Taxpayer ID No: | *******0780 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6165 | Bank Funds Transfer | 9999-000 | 138,661.40 | | 138,661.40 |
| 06/28/12 | 001001 | Joseph R. Voiland | | 3110-000 | | 5,870.50 | 132,790.90 |
| 06/28/12 | 001002 | JOSEPH R. VOILAND | trustee compensation | 2100-000 | | 6,849.95 | 125,940.95 |
| 06/28/12 | 001003 | JOSEPH R. VOILAND | | 2200-000 | | 431.52 | 125,509.43 |
| 06/28/12 | 001004 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK  73124-8866 | | | | 499.33 | 125,010.10 |
| | | | Claim       497.79 | 7100-000 | | | |
| | | | Interest       1.54 | 7990-000 | | | |
| 06/28/12 | 001005 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK  73124-8866 | | | | 712.75 | 124,297.35 |
| | | | Claim       710.54 | 7100-000 | | | |
| | | | Interest       2.21 | 7990-000 | | | |
| 06/28/12 | 001006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH  43054-3025 | | | | 6,643.01 | 117,654.34 |
| | | | Claim     6,622.46 | 7100-000 | | | |
| | | | Interest      20.55 | 7990-000 | | | |
| 06/28/12 | 001007 | American InfoSource LP as agent for Citibank (South Dakota) N.A. PO Box 248840 Oklahoma City, OK  73124-8840 | | | | 3,071.83 | 114,582.51 |
| | | | Claim     3,062.33 | 7100-000 | | | |
| | | | Interest       9.50 | 7990-000 | | | |
| | | | Page Subtotals | | 138,661.40 | 24,078.89 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-50827 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | Bank Name: | Congressional Bank |
| | SOSZKO, SHERRY LEE | Account Number / CD #: | *******4497 Checking Account |
| Taxpayer ID No: | *******0780 | | |
| For Period Ending: | 08/20/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Ref | Paid To / Received From | Description | Tran Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 06/28/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | | | 672.23 | 113,910.28 |
| | | | Claim          670.15 | 7100-000 | | | |
| | | | Interest         2.08 | 7990-000 | | | |
| 06/28/12 | 001009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | | | 4,821.41 | 109,088.87 |
| | | | Claim         4,806.49 | 7100-000 | | | |
| | | | Interest        14.92 | 7990-000 | | | |
| 06/28/12 | 001010 | Portfolio Recovery Associates, LLC<br>c/o Beneficial<br>POB 41067<br>Norfolk, VA 23541 | | | | 13,992.77 | 95,096.10 |
| | | | Claim        13,949.48 | 7100-000 | | | |
| | | | Interest        43.29 | 7990-000 | | | |
| 06/28/12 | 001011 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | | | | 423.38 | 94,672.72 |
| | | | Claim          422.07 | 7100-000 | | | |
| | | | Interest         1.31 | 7990-000 | | | |
| 06/28/12 | 001012 | Lakeside Screw Products<br>1395 W. Jeffrey Dr.<br>Addison, IL 60101-4331 | | | | 16,658.96 | 78,013.76 |
| | | | Claim        16,607.42 | 7100-000 | | | |
| | | | Interest        51.54 | 7990-000 | | | |
| 06/28/12 | 001013 | SOSZKO, CHRISTOPHER<br>120 RED ROSE DRIVE | | 8200-002 | | 78,013.76 | 0.00 |
| | | | Page Subtotals | | 0.00 | 114,582.51 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-50827 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SOSZKO, CHRISTOPHER | | Bank Name: | Congressional Bank |
| | SOSZKO, SHERRY LEE | | Account Number / CD #: | *******4497  Checking Account |
| Taxpayer ID No: | *******0780 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SAINT CHARLES, IL  60175 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 138,661.40 | 138,661.40 | 0.00 |
| Less:  Bank Transfers/CD's | 138,661.40 | 0.00 | |
| Subtotal | 0.00 | 138,661.40 | |
| Less:  Payments to Debtors | | 78,013.76 | |
| Net | 0.00 | 60,647.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6165 | 200,009.56 | 11,348.16 | 0.00 |
| Checking Account - ********4497 | 0.00 | 60,647.64 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 200,009.56 | 71,995.80 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.05c